ROGER L. GRANDGENETT II, ESQ., Bar # 6323
AMY L. BAKER, ESQ., Bar # 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEEANN E. ARCHULETA; and MICHAEL B. DICKENS,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, doing business as NEVADA SOUTHERN DETENTION CENTER,<br><br>　　　　　　Defendant. | Case No. 2:15-cv-01608-MMD-VCF<br><br>[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT<br><br>[FIRST REQUEST] |

　　　　Plaintiffs LEEANN E. ARCHULETA and MICHAEL B. DICKENS (hereinafter "Plaintiffs") and Defendant CORRECTIONS CORPORATION OF AMERICA dba NEVADA SOUTHERN DETENTION CENTER (hereinafter "Defendant"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to file a response to Plaintiffs' Complaint, up to and including October 23, 2015.

　　　　This extension is necessary in order to provide adequate time for counsel for Defendant to receive and review necessary information in order to prepare a response.  This is the first request for an extension of time to respond to the Complaint.

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: October 2, 2015 | Dated: October 2, 2015 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Robert P. Spretnak | /s/ Amy L. Baker |
| ROBERT P. SPRETNAK, ESQ.<br>LAW OFFICES OF ROBERT P. SPRETNAK | ROGER L. GRANDGENETT II, ESQ.<br>AMY L. BAKER, ESQ.<br>LITTLER MENDELSON, P.C. |
| Attorney for Plaintiffs<br>LEEANN E. ARCHULETA and<br>MICHAEL B. DICKENS | Attorneys for Defendant<br>CORRECTIONS CORPORATION OF AMERICA *dba* NEVADA SOUTHERN DETENTION CENTER |

**ORDER**

**IT IS SO ORDERED.**

Dated: October 5, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

2.

Firmwide:136213209.1 999999.2099

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800