| | |
|---|---|
| 1 | LAW OFFICES OF ROBERT P. SPRETNAK |
| 2 | Robert P. Spretnak, Esq. (Bar No. 5135)<br>8275 S. Eastern Avenue, Suite 200 |
| 3 | Las Vegas, Nevada 89123<br>Telephone: (702) 454-4900 |
| 4 | Fax: (702) 938-1055<br>Attorney for Plaintiffs |
| 5 | LITTLER MENDELSON, P.C. |
| 6 | Roger L. Grandgenett II, Esq. (Bar No. 6323)<br>Amy L. Baker, Esq. (Bar No. 11907) |
| 7 | 3960 Howard Hughes Parkway, Suite 300<br>Las Vegas, Nevada 89169-5937 |
| 8 | Telephone: (702) 862-8800<br>Fax: (702) 862-8811 |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEEANN E. ARCHULETA; and<br>MICHAEL B. DICKENS, | Case No.: 2:15-cv-01608-MMD-VCF |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (COURT DOC. 10)** |
| CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, doing business as NEVADA SOUTHERN DETENTION CENTER, | |
| Defendant. | (First Request) |

Plaintiffs LEEANN E. ARCHULETA and MICHAEL B. DICKENS (hereafter, "Plaintiffs") and Defendant CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, dba NEVADA SOUTHERN DETENTION CENTER (hereafter, "Defendant"), by and through their respective counsel of record, hereby stipulate and agree to extend until **November 16, 2015**, the time for Plaintiffs to file their points and authorities in opposition to Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Court Doc. 10). This motion was filed on October 23, 2015; therefore, Plaintiffs' opposition currently is due on November 9, 2015.

There is good cause for entering into this stipulation. Plaintiffs' counsel has a number of scheduling conflicts over the next week, including briefing due on November 9, 2015, in another

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

1 | federal court matter. For this reason, a brief delay is requested from the Court.

3 | DATED: November 3, 2015.  DATED: November 3, 2015.

LAW OFFICES OF ROBERT P. SPRETNAK    LITTLER MENDELSON, P.C.

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.

By: /s/ Roger L. Grandgenett II
    Roger L. Grandgenett II, Esq.
    Amy L. Baker, Esq.

Attorney for Plaintiffs

Attorneys for Defendant

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169

IT IS SO ORDERED.

Dated: November 5, 2015

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2