1   ROGER L. GRANDGENETT II, ESQ., Bar # 6323
    AMY L. BAKER, ESQ., Bar # 11907
2   LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
3   Suite 300
    Las Vegas, NV  89169-5937
4   Telephone:    702.862.8800
    Fax No.:       702.862.8811
5
    Attorneys for Defendant
6

7

8                      UNITED STATES DISTRICT COURT

9                           DISTRICT OF NEVADA

10

11  LEEANN E. ARCHULETA; and          Case No. 2:15-cv-01608-MMD-VCF
    MICHAEL B. DICKENS,
12
                Plaintiffs,
13
    vs.                               **[PROPOSED] STIPULATION AND
14                                     ORDER TO EXTEND TIME FOR
                                       DEFENDANT TO FILE A REPLY IN
    CORRECTIONS CORPORATION OF         SUPPORT OF MOTION TO DISMISS
15  AMERICA, a Maryland corporation, doing   PURSUANT TO FEDERAL RULE OF
    business as NEVADA SOUTHERN        CIVIL PROCEDURE 12(b)(6)**
16  DETENTION CENTER,
                                       **[FIRST REQUEST]**
17              Defendant.

18

19         Plaintiffs  LEEANN  E.  ARCHULETA  and  MICHAEL  B.  DICKENS  (hereinafter

20  "Plaintiffs") and Defendant CORRECTIONS CORPORATION OF AMERICA dba NEVADA

21  SOUTHERN DETENTION CENTER (hereinafter "Defendant"), by and through their respective

22  counsel of record, hereby stipulate and agree to extend the time for Defendant to file a Reply in

23  Support of its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (**Doc. 10**),

24  from the current deadline of November 26, 2015, until up to and including December 3, 2015.

25  There is good cause for entering into this stipulation due to scheduling restraints on the part of

26  Defendant's counsel.

27  . . .

28  . . .

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1    This is the first request for an extension of time with respect to Defendant's Reply.[1]   The

2    parties agree and represent to the Court that this request is made in good faith and not for the

3    purpose of delay.

4    Dated:  November 20, 2015                    Dated:  November 20, 2015

5    Respectfully submitted,                      Respectfully submitted,

6

7    /s/ Robert P. Spretnak                       /s/ Amy L. Baker
8    ROBERT P. SPRETNAK, ESQ.                     ROGER L. GRANDGENETT II, ESQ.
     LAW OFFICES OF ROBERT P.                     AMY L. BAKER, ESQ.
9    SPRETNAK                                     LITTLER MENDELSON, P.C.

10   Attorney for Plaintiffs                      Attorneys for Defendant
     LEEANN E. ARCHULETA and                      CORRECTIONS CORPORATION OF
11   MICHAEL B. DICKENS                           AMERICA *dba* NEVADA SOUTHERN
                                                  DETENTION CENTER

12

13                                               **ORDER**

14                                                   **IT IS SO ORDERED.**

15

16                                               Dated:  ___November 23___, 2015.

17

18

19                                                   UNITED STATES ~~MAGISTRATE~~ JUDGE

20

21

22   Firmwide:137126649.1 057737.1056

23

24

25

26

27

28
     _____
     [1]      This is the second request for an extension with respect to Defendant's Motion to Dismiss as the
     Court granted the parties' Stipulation to extend the time for Plaintiff's to file an Opposition.  (**Doc. 14**).

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.