UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEEANN E. ARCHULETA; and MICHAEL B. DICKENS,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br>CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, doing business as NEVADA SOUTHERN DETENTION CENTER,<br>　　　　　　　　Defendant. | Case No. 2:15-cv-01608-MMD-VCF<br><br>ORDER |

This Court previously granted Defendant's motion to dismiss Plaintiff Leeann E. Archuleta and Michael B. Dickens' claims. (ECF No. ECF No. 45.) The Ninth Circuit Court of Appeals recently affirmed the Court's dismissal order ("the Order") in part, vacated it in part and remanded for further proceedings. (ECF No. 52.) In particular, the Court of Appeals affirmed dismissal of Plaintiffs' state law claims, but reversed dismissal of Plaintiffs' Title VII claims. Accordingly, the Order is vacated with respect to Plaintiffs' three Title VII claims: Archuleta's retaliation claim; Dickens' retaliation claim; and Dickens' race discrimination claim. The Judgment is similarly vacated.

DATED THIS 12th day of June 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE