ROGER L. GRANDGENETT II, ESQ., Bar # 6323
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
CORRECTIONS CORPORATION OF AMERICA
*dba* NEVADA SOUTHERN DETENTION CENTER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEEANN E. ARCHULETA; and MICHAEL B. DICKENS, <br><br> Plaintiffs, <br><br> vs. <br><br> CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, doing business as NEVADA SOUTHERN DETENTION CENTER, <br><br> Defendant. | Case No. 2:15-cv-01608-MMD-VCF <br><br> **STIPULATION AND ORDER SETTING DEADLINE RE FILING RESPONSIVE PLEADING** <br><br> **[FIRST REQUEST]** |

Plaintiffs LEEANN E. ARCHULETA ("Archuleta") and MICHAEL B. DICKENS ("Dickens") (together "Plaintiffs") and Defendant CORRECTIONS CORPORATION OF AMERICA *dba* NEVADA SOUTHERN DETENTION CENTER (hereinafter "Defendant"), by and through their respective counsel of record, hereby stipulate and agree that Defendant shall file its responsive pleading to the claims remanded by the United States District Court of Appeals (ECF No. 55) on or before **July 6, 2018**.

The parties have further agreed to hold a 26(f) meeting on or before **August 6, 2018** (30 days after the filing of Defendant's responsive pleading); to exchange initial disclosures on or before **August 20, 2018**; and to file the Stipulated Discovery Plan and Scheduling Order no later than **August 20, 2018**.

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: June 22, 2018

Respectfully submitted,

*/s/ Robert P. Spretnak, Esq.*
ROBERT P. SPRETNAK, ESQ.
LAW OFFICES OF ROBERT P. SPRETNAK

Attorney for Plaintiffs
LEEANN E. ARCHULETA and
MICHAEL B. DICKENS

Dated: June 22, 2018

Respectfully submitted,

*/s/ Z. Kathryn Branson, Esq.*
ROGER L. GRANDGENETT II, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CORRECTIONS CORPORATION OF
AMERICA *dba* NEVADA SOUTHERN
DETENTION CENTER

**ORDER**

       **IT IS SO ORDERED.**

Dated: June 25, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800