# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

LEEANN E. ARCHULETA; and MICHAEL B. DICKENS,

Plaintiffs,

vs.

CORRECTIONS CORPORATION OF AMERICA,

Defendant.

2:15-CV-01608-MMD-VCF
**ORDER**

Due to a conflict on the Court's calendar,

Accordingly,

IT IS HEREBY ORDERED that the show cause hearing and the hearing on the Joint Motion of Plaintiff LeeAnn E. Archuleta and Defendant Corrections Corporation of America to Extend Discovery (ECF No. 7), scheduled for **1:00 PM, March 27, 2019**, are VACATED and RESCHEDULED to **1:30 PM, April 1, 2019**, in Courtroom 3D of the Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Third Floor, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that Michael B. Dickens must attend the hearing in person at the above scheduled hearing.

All else as stated in the February 26, 2019 Order (ECF No. 71) remains unchanged.

The Court Clerk is directed to mail a copy of this order to Plaintiff Dickens at the following address:

Michael B. Dickens
5819 First Street
Crosby, Texas 77532

DATED this 12th day of March, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE