# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

LEEANN E. ARCHULETA; and MICHAEL B. DICKENS,

        Plaintiffs,

vs.

CORRECTIONS CORPORATION OF AMERICA,

        Defendant.

2:15-CV-01608-MMD-VCF
**ORDER**

Due to a conflict on the Court's calendar,

Accordingly,

IT IS HEREBY ORDERED that the show cause hearing and the hearing on the Joint Motion of Plaintiff LeeAnn E. Archuleta and Defendant Corrections Corporation of America to Extend Discovery (ECF No. 7), scheduled for **1:30 PM, April 1, 2019**, are VACATED and **RESCHEDULED to 4:00 PM PDT, April 1, 2019**, in Courtroom 3D of the Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Third Floor, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that Michael B. Dickens must attend the scheduled hearing by telephone. The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

All else as stated in the February 26, 2019 Order (ECF No. 71) remains unchanged.

The Court Clerk is directed to mail a copy of this order to Plaintiff Dickens at the following address:

        Michael B. Dickens
        3830 Grapevine Street
        Houston, Texas 77045

DATED this 25th day of March, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE