# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LEEANN E. ARCHULETA, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CORRECTIONS CORPORATION OF AMERICA, <br><br> Defendant. | 2:15-CV-01608-MMD-VCF <br> **ORDER** |

Before the court is the Motion of Attorney Robert P. Spretnak to Appear Telephonically at Hearing on April 1, 2019, on behalf of Plaintiff Leeann E. Archuleta (ECF NO. 75). Defendant filed a limited opposition to the instant motion. (ECF NO. 76).

Accordingly,

IT IS HEREBY ORDERED that the Motion of Attorney Robert P. Spretnak to Appear Telephonically at Hearing on April 1, 2019, on behalf of Plaintiff Leeann E. Archuleta (ECF NO. 75) is GRANTED. Other issues raised in ECF Nos. 76 & 79 will be addressed at the hearing.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 1st day of April, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE