LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob@spretnak.com
Attorney for Leeann E. Archuleta, Plaintiff

LITTLER MENDELSON, P.C.
Roger L. Grandgenett II, Esq. (Bar No. 6323)
Z. Kathryn Branson, Esq. (Bar No. 11540)
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Telephone: (702) 862-8800
Fax: (702) 862-8811
Email: rgrandgenett@littler.com; kbranson@littler.com
Attorneys for CoreCivic, f/k/a Corrections Corporation of America, Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEEANN E. ARCHULETA; and MICHAEL B. DICKENS,<br><br>Plaintiffs,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, doing business as NEVADA SOUTHERN DETENTION CENTER,<br><br>Defendant. | Case No.: 2:15-cv-01608-MMD-VCF<br><br>**MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, AND TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff LEEANN E. ARCHULETA and Defendant CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, dba NEVADA SOUTHERN DETENTION CENTER (hereafter, "Defendant"), now known as CORECIVIC, by and through their respective counsel of record, do hereby stipulate and agree to extend the following deadlines regarding Defendant's Motion for Summary Judgment (ECF No. 81), filed on July 31, 2019.[1] This is the first request to extend deadlines regarding this dispositive motion.

---

[1] Plaintiff Michael B. Dickens no longer is a party to this matter. *See* ECF Nos. 78, 80.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

1. The parties stipulate and agree that the deadline for Plaintiff Leeann E. Archuleta to file her points and authorities in opposition to Defendant's Motion for Summary Judgment is extended by two weeks to **September 4, 2019**. Pursuant to LR 7-2(b), the deadline for Plaintiff to file her opposition currently is set for August 21, 2019. This additional time is due not only to the voluminous material to be reviewed in preparation of the opposition, but also due to Plaintiff's limited availability because of an upcoming trial in a wrongful death action in New Mexico in which she also is a plaintiff, *Marc Grano, et al., v. Presbyterian Healthcare Services, et al.*, Case No. D-412-CV-2017-00471, being held in the Fourth Judicial District, State of New Mexico, County of San Miguel.

2. The parties further stipulate and agree that Defendant CoreCivic, f/k/a Corrections Corporation of America, shall have 21 days, or three weeks, instead of the 14 days provided in LR 7-2(b), to file any reply brief in support of its motion for summary judgment. This would extend the deadline for Defendant's Reply to **September 25, 2019**. This addition time is due both to the voluminous material to be reviewed in preparation of the reply, but also due to the affect on counsel's schedule due to the additional time requested by Plaintiff to file her opposition.

DATED: August 5, 2019.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.

Attorney for Plaintiff

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: August 5, 2019.

LITTLER MENDELSON, P.C.

By: /s/ Z. Kathryn Branson
    Roger L. Grandgenett II, Esq.
    Z. Kathryn Branson, Esq.

Attorneys for Defendant

3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: August 5, 2019

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123