ROGER L. GRANDGENETT II, ESQ., Bar # 6323
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
kbranson@littler.com

Attorneys for Defendant
CORRECTIONS CORPORATION OF AMERICA
*dba* NEVADA SOUTHERN DETENTION CENTER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEEANN E. ARCHULETA; and MICHAEL B. DICKENS,<br><br>Plaintiffs,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, doing business as NEVADA SOUTHERN DETENTION CENTER,<br><br>Defendant. | Case No. 2:15-cv-01608-MMD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>**[SECOND REQUEST]** |

Plaintiff LEEANN E. ARCHULETA [1] (hereinafter "Plaintiff") and Defendant CORRECTIONS CORPORATION OF AMERICA dba NEVADA SOUTHERN DETENTION CENTER (hereinafter "Defendant"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to file a Reply in Support of its Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 12(b)(6) (**ECF Doc. 81**), from the current deadline of September 25, 2019, until up to and including **October 9, 2019**. There is good cause for entering into this stipulation due to scheduling restraints on the part of Defendant's counsel. Both of Defendant's counsel have business travel scheduled out of the city to attend and

---

[1] Plaintiff Michael B. Dickens no longer is a party to this matter. See ECF Nos. 78, 80.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

give presentations. Ms. Branson is also scheduled to be out of state thereafter.

This is the second request for an extension of time with respect to Defendant's Reply.[2] The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: September 18, 2019 | Dated: September 18, 2019 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Robert P. Spretnak | /s/ Z. Kathryn Branson |
| ROBERT P. SPRETNAK, ESQ.<br>LAW OFFICES OF ROBERT P. SPRETNAK | ROGER L. GRANDGENETT II, ESQ.<br>Z. KATHRYN BRANSON.<br>LITTLER MENDELSON, P.C. |
| Attorney for Plaintiff<br>LEEANN E. ARCHULETA | Attorneys for Defendant<br>CORRECTIONS CORPORATION OF AMERICA *dba* NEVADA SOUTHERN DETENTION CENTER |

**ORDER**

**IT IS SO ORDERED.**

Dated: September 18 , 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

4836-9259-0246.1 057737.1056

---

[2] The Court granted the parties' Stipulation to extend the time for Plaintiff to file an Opposition and gave Defendant an additional week to submit its Reply. (**ECF No. 83**).

2.