UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEEANN E. ARCHULETA; AND MICHAEL DICKENS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, A MARYLAND CORPORATION DOING BUSINESS AS NEVADA SOUTHERN DETENTION CENTER,<br><br>Defendant. | Case No. 2:15-cv-01608-MMD-VCF<br><br>ORDER |

The Court previously granted Defendant Corrections Corporation of America's motion for summary judgment (ECF No. 81 ("Motion")) on Plaintiff[1] Leeann Archuleta's retaliation claim under Title VII. (ECF No. 89 ("Order").) The Court entered judgment accordingly. (ECF No. 90.) Plaintiff appealed the Order. (ECF No. 92.) The Ninth Circuit Court of Appeals reversed this Court's summary judgment ruling and remanded for further proceedings. (ECF No. 96.) Accordingly, the Court's Order granting Defendant summary judgment and the judgment entered (ECF Nos. 89, 90) are vacated.

It is therefore ordered that the parties file a status report within seven days addressing whether the Court should consider the remaining arguments in Defendant's Motion (ECF No. 81), to the extent Defendant is still asserting the remaining arguments.

DATED THIS 11th Day of December 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] As indicated by the case caption, Michael Dickens was also a Plaintiff in this case. However, the Court previously dismissed Dickens' claims with prejudice. (*See* ECF No. 80.)