ROGER L. GRANDGENETT II, ESQ., Bar # 6323
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email:	rgrandgenett@littler.com
	kbranson@littler.com

Attorneys for Defendant
CORRECTIONS CORPORATION OF AMERICA
*dba* NEVADA SOUTHERN DETENTION CENTER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEEANN E. ARCHULETA, | Case No. 2:15-cv-01608-MMD-VCF |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| vs. | |
| CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, doing business as NEVADA SOUTHERN DETENTION CENTER, | **[FIRST REQUEST]** |
| Defendant. | |

Plaintiff LEEANN E. ARCHULETA [1] (hereinafter "Plaintiff") and Defendant CORRECTIONS CORPORATION OF AMERICA dba NEVADA SOUTHERN DETENTION CENTER (hereinafter "Defendant"), by and through their respective counsel of record, hereby stipulate and agree to continue the Settlement Conference scheduled on **March 17, 2021 at 10:00 a.m., before U.S. Magistrate Judge Cam Ferenbach.**  The parties request the Court's first available date in April 2021 or thereafter for the Settlement Conference to be rescheduled.

This extension is requested due to defense counsel's conflict with a previous-scheduled Early Neutral Evaluation session before Magistrate Judge Weksler, scheduled on the same date and

---

[1] Plaintiff Michael B. Dickens no longer is a party to this matter.  See ECF Nos. 78, 80.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

proceeding at the same time. This is the first request for continuance of the Settlement Conference. The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: February 17, 2021

Respectfully submitted,

 /s/ Robert P. Spretnak, Esq.
ROBERT P. SPRETNAK, ESQ.
LAW OFFICES OF ROBERT P. SPRETNAK

Attorney for Plaintiff
LEEANN E. ARCHULETA

IT IS ORDERED that the settlement conference scheduled for March 17, 2021, is RESCHEDULED to April 26, 2021.
Confidential statements and links for the settlement conference due by 4:00 PM, April 19, 2021.
All else as stated in the ECF No. 106 remains the same.

Dated: February 17, 2021

Respectfully submitted,

ROGER L. GRANDGENETT II, ESQ.
Z. KATHRYN BRANSON.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CORRECTIONS CORPORATION OF AMERICA *dba* NEVADA SOUTHERN DETENTION CENTER

**ORDER**

**IT IS SO ORDERED.**

Dated: February 17, 2021.

UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH

4838-6677-4492.1 057737.1056

2.