ROGER L. GRANDGENETT II, ESQ., Bar # 6323
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
kbranson@littler.com

Attorneys for Defendant
CORRECTIONS CORPORATION OF AMERICA, n/k/a
CORECIVIC, dba NEVADA SOUTHERN
DETENTION CENTER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEEANN E. ARCHULETA,<br><br>        Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, doing business as NEVADA SOUTHERN DETENTION CENTER,<br><br>        Defendant. | Case No. 2:15-cv-01608-MMD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff LEEANN E. ARCHULETA [1] (hereinafter "Plaintiff") and Defendant CORRECTIONS CORPORATION OF AMERICA nka CORECIVIC dba NEVADA SOUTHERN DETENTION CENTER (hereinafter "Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action and

///

---

[1] Plaintiff Michael B. Dickens has been dismissed from this action, with prejudice. See ECF Nos. 78, 80.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

4825-8248-2407.1 / 057737-1056

that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: June 21, 2021

Respectfully submitted,

/s/ Robert P. Spretnak, Esq.
ROBERT P. SPRETNAK, ESQ.
LAW OFFICES OF ROBERT P. SPRETNAK

Attorney for Plaintiff
LEEANN E. ARCHULETA

Dated: June 21, 2021

Respectfully submitted,

ROGER L. GRANDGENETT II, ESQ.
Z. KATHRYN BRANSON.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CORRECTIONS CORPORATION OF AMERICA, n/k/a CORECIVIC, dba NEVADA SOUTHERN DETENTION CENTER

**ORDER**

**IT IS SO ORDERED.**

Dated: __June 22__, 2021.

_____
UNITED STATES DISTRICT JUDGE

2.

4825-8248-2407.1 / 057737-1056